**Hong MAI, Plaintiff–Appellant,**

v.

**NEW YORK STATE DEPARTMENT OF WELFARE, TEMPORARY AND DISABILITY ASSISTANCE ADMINISTRATIVE HEARINGS COMPLIANCE UNIT, New York Human Resources Administration Income Support Programs, Queensboro Center # 51, Defendants–Appellees.**

**Docket No. 00–9493.**

United States Court of Appeals, Second Circuit.

Dec. 3, 2001.

Hong Mai, Richmond Hill, NY, pro se.

Present KEARSE, CALABRESI, and KATZMANN, Circuit Judges.

### *SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the Eastern District of New York, and was argued by plaintiff *pro se.*

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Ross's Opinion and Order dated October 10, 2000.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.